UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS RIVERA JR., <br><br> Plaintiff, <br><br> v. <br><br> NEIL MCDOWELL, <br><br> Defendant. | Case No.: 5:19-cv-01052-MEMF(LALx) <br><br> **ORDER ADOPTING IN PART AND DECLINING TO ADOPT IN PART MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [ECF NO. 20] AND DENYING PETITION FOR WRIT OF HABEAS CORPUS [ECF NO. 1]** |

1

On June 7, 2019, Petitioner Jesus River Jr. ("Rivera") filed a Petition for Writ of Habeas Corpus. ECF No. 1. Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (ECF No. 1), Answer (ECF No. 12), records on file, and Magistrate Judge Louise A. LaMothe's report and recommendation to deny Rivera's Petition (ECF No. 20).[1] The fourteen-day period for objections has elapsed, and no objections have been filed. *See* FED. R. CIV. P. 72(b)(2). Accordingly, the Court hereby ORDERS THAT:

1. The Court ADOPTS in part and DECLINES to ADOPT in part the findings and recommendations of the magistrate judge[2];
2. Judgment be entered denying the Petition and dismissing this action with prejudice; and
3. The Clerk serve copies of this Order on the parties.

Dated: January 13, 2023

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge

---

[1] Magistrate Judge La Mothe's report and recommendation was directed to District Judge Mark A. Scarsi, who was originally assigned this case. ECF No. 20. On February 10, 2023, pursuant to an Order of the Chief Judge, the case was reassigned to this Court. ECF No. 21.

[2] The Court does not adopt the findings and recommendations in the last paragraph of page 9 of the Report and Recommendations, ECF No. 20, at 9–10—which the Court finds are not essential to the conclusion of this Court that Rivera cannot obtain federal habeas review.