JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS RIVERA JR., <br><br> Petitioner, <br><br> v. <br><br> NEIL MCDOWELL, Warden, <br><br> Respondent. | Case No. EDCV 19-1052-MEMF (LAL) <br><br> **JUDGMENT** |

Pursuant to the Order Adopting in Part and Declining to Adopt in Part Magistrate Judge's Report and Recommendation and Denying Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: January 13, 2023

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge